SCANNED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WILBERT KITSON ANDREW TURNER

_____

Write the full name of each plaintiff.

No. __19 CV 412__

(To be filled out by Clerk's Office)

-against-

NAPHCARE
DR. Robert Beaudouin
WARDEN L. N'DIAYE

**COMPLAINT**
(Prisoner)

Do you want a jury trial?
☒ Yes  ☐ No

Write the full name of each defendant. If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section IV.

---

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 5/6/16

## I. LEGAL BASIS FOR CLAIM

State below the federal legal basis for your claim, if known. This form is designed primarily for prisoners challenging the constitutionality of their conditions of confinement; those claims are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "*Bivens*" action (against federal defendants).

☑ Violation of my federal constitutional rights

☐ Other: _____

## II. PLAINTIFF INFORMATION

Each plaintiff must provide the following information. Attach additional pages if necessary.

__WILBERT__   __K.A.__   __TURNER__
First Name    Middle Initial    Last Name

State any other names (or different forms of your name) you have ever used, including any name you have used in previously filing a lawsuit.

__25352-083__
Prisoner ID # (if you have previously been in another agency's custody, please specify each agency and the ID number (such as your DIN or NYSID) under which you were held)

__METROPOLITAN Correctional Center__
Current Place of Detention

__150 PARK ROW__
Institutional Address

__NEW YORK City__   __NY__   __10007__
County, City                State    Zip Code

## III. PRISONER STATUS

Indicate below whether you are a prisoner or other confined person:

☑ Pretrial detainee
☐ Civilly committed detainee
☐ Immigration detainee
☐ Convicted and sentenced prisoner
☐ Other: _____

## IV. DEFENDANT INFORMATION

To the best of your ability, provide the following information for each defendant. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are identical to those listed in the caption. Attach additional pages as necessary.

Defendant 1: **NAPHCARE**
First Name / Last Name / Shield #

**MEDICAL CONTRACTOR**
Current Job Title (or other identifying information)

**2090 Columbia Road**
Current Work Address

**BIRMINGHAM**  **ALABAMA**  **35216**
County, City / State / Zip Code

Defendant 2: **DR Robert Beaudouin**
First Name / Last Name / Shield #

**M**
Current Job Title (or other identifying information)

**Medical Doctor**
Current Work Address

**150 PARK Row**
County, City / State / Zip Code

**NY**  **NY**  **10007**

Defendant 3:
First Name / Last Name / Shield #

Current Job Title (or other identifying information)

Current Work Address

County, City / State / Zip Code

Defendant 4:
First Name / Last Name / Shield #

Current Job Title (or other identifying information)

Current Work Address

County, City / State / Zip Code

## V. STATEMENT OF CLAIM

Place(s) of occurrence: __MCC__

Date(s) of occurrence: _____

### FACTS:
State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and how each defendant was personally involved in the alleged wrongful actions. Attach additional pages as necessary.

ENCLOSE K2 EVIDENCECE LEFT IN CELL PLEASE SAFE AS EXIHIBITS.

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

Upon Findings by DR David Sussman because the Required Treatment was not done, The Cancer Can return and Cystoscopy his recommender Every 3 months for the rest of my Eternal Life.

**VI.   RELIEF**

State briefly what money damages or other relief you want the court to order.

I'm Seeking $1,000,000 From NAPHCARE For deliberate Indifference. $1,000,000 For punitive and compensory and Emotional distress Not sleeping at Night.
DR. Robert Beaudouin $2,000 donated to Kingston College. Warden L N'Diayne $2,000 donated to Kingston College. To Have DR Sean Fullerton do another Biopsy to Confirm Brooklyn Hospital Findings.

Page 5

## VII. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I understand that if I file three or more cases while I am a prisoner that are dismissed as frivolous, malicious, or for failure to state a claim, I may be denied *in forma pauperis* status in future cases.

I also understand that prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions, 42 U.S.C. § 1997e(a), and that my case may be dismissed if I have not exhausted administrative remedies as required.

I agree to provide the Clerk's Office with any changes to my address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

12/25/2018
Dated

Plaintiff's Signature

First Name: DILBERT
Middle Initial: K.A.
Last Name: TURNER

Prison Address: 150 PARK ROW

County, City: NEW YORK CITY
State: NY
Zip Code: 10007

Date on which I am delivering this complaint to prison authorities for mailing: 12/25/2018

Page 6

On or about April 9th 2018 a memo written by AUSA Christopher Clore to US District Judge Hon. Kenneth M. Karas informing the court that the Westchester County department of correction medical facility could not provide the specific treatment recommended by Dr. Sean Fullerton for bladder cancer. Dr. Sean Fullerton MD urologist at the Westchester County Medical Center Ceder Woods clinic. This was a mendacious statement by the AUSA because not only did Dr. Fullerton recommend a specific treatment he also identify a site for the treatment Mont Vernon Hospital, Mount Vernon, New York. This treatment BCG therapy is unique and not commonly dispense by hospitals which Dr Fullerton was cognizant of, for this reason he inform Dr. Ulloa's of the offsite facility which does this treatment.

This memo dated April 9th states the US Marshall Service was to notify to locate a facility which can accomadate Turner's unique medical needs. Dr Fullerton also recommended if the BCG treatment can't be accomplish promptly for unforeseen circumstane random cystoscopy must be done.

Base on this deceptive, well calculated malicious memo by AUSA attorney Christopher Clore, Turner was transfered April 12th 2018 to a dump in lower Manhattan known to the world as MCC. Metropolitan Correctional Center address 150 Park Row NY NY. If this was a animal shelter the City of New York would have deem it uninhabitable. Nothing works plumbing outdated, elevator's work's every now and then, mice shares your commissary equally with you. Water bugs, flies, poor air circulation, no air condition in the summer, heating system

is control by The US Marshal's Office Located at a different location.

May 1st Turner met with MCC Dr Robert Beaudouin May 2nd 2018 Turner provide Dr. Beaudouin with all medical record generated by WCDOC Medical department. The records include all procedures and recommendations by urologist Dr Sean Fullerton, Cardiologist Dr. Wilbert Arnow, Rheumatologist Dr Khan. May 4th 2018 Turner sent a Letter with copies of Dr Sean Fullerton's diagnoses and recommendations to AUSA Christopher Clore's 86 Chambers St. Office. This Letter was ignore.

During the meeting with Dr Beaudouin I discuss other chronic medical problems Scleroderma, Heart disease, For which A defibilator is implanted. I inform Dr. Beaudouin That cardiologist Dr Wilbert Arnow recomend Turner's weight be monitored once weekly for excessive weight gain from retaining fluid. Blood pressure be check daily before metoprolo administered. A Parameter establish for This critical heart medication. A High of       Low was instituted. Dr Robert Beaudouin respond " They don't have enough staff to accomadate those request, I should continue to take the meds and if something goes wrong I must notify the block officer. On two ocassion I experience Feeling dizzy after Taking the Metoprolo, on both ocassions Two seperate c/o Grijava, and Rose Told me they won't call the medical department. Dr Beaudouin knew if I got in any distress from taking this medication it was a possibility I would get a negative response from c/o because of Jail Policy. Dr Beaudouin put Turner's Life in Jeopardy by advising him to take medication without blood pressure check.

Scleroderma is a autoimmune disease which There is no known cure.

I spoke extensively, detailing about this disease because after dealing with this illness for 20 years I've seen the different variations of this disease, from skin hard as a rock, color of skin turning black, digestive problems (GERD) Heart condition, swelling of fingers, toes, face, daily pains from exposure to coldness, I told Dr Beaudouin I'll need to have regular consultation with a Rhuematologist. Consistent with prior treatments every 3 month is normally acceptable.

After 9 months I've not seen a Rhuematalogist. I've outlived the doctor's prediction of certain death, I've submitted sick calls e-mail complaining of pain, I spoke with Dr Beaudouin about a special lotion which will help my skin from drying from exposure to heat, my fingers are now sore and painfull, Dr Beaudouin had no clue what is medicated lotion.

GERD is a digestive problem commonly associate with Scleroderma. I've tried every medication on the market for this problem. The only one works for me is prevacid. Dr Beaudouin or Naphcare force omeprazole because it's cheaper. I'm force to take 60mg of this drugs with numerous side effects when 20mg Prevacid will work with less noticeable side effects because its cheaper. Dr Beaudouin is cognizant of the underline facts that without this medication Turner is unable to digest food This leads to vomiting. Only recently the medication expired 11/18/2018, after speaking with Dr Robert Beaudouin twice before the expiration date this medication was renewed 11/30/2018. During the period of 11/18/2018 — 11/30/18 Turner was unable to digest food. With the prevacid it would take a week before it his completely out my system, with omeprazole missing a day dosage I start experience heart burns.

Upon arrival at MCC Turner started experiencing excessive unusual headaches, the likes I've not experience in 57 years of living. After several visits to sick call Dr. Beaudouin, PA Thomas, PA. Sighn, PA Learner unanimously came to the same conclusion that the source of the headaches is exposure to K2 smoke.

These headaches are common on weekends after social visits, which leads to believe these illegal drugs is introduce into the facility after visits. I've complain to every single staff member about this problem, some officers refuse to work certain blocks because of excessive smoking of K2. K2 smoking is out of control at MCC. The jail is overrun with this illegal drug. Both staff and inmate is affected by this drug. I've put my safety in jeopardy by identifying both users and dealers to staff with little or no actions. The warden in his response to my BP9 states the source of my headaches is my bladder cancer and not 2nd hand K smoke. They'll only admit this problem when someone overdose and die or one of these idiots who act strangely when under the influence of K2. On or about August 4th 2018 an inmate high on K2 made an attempt to attack C/O T. Alvarez and Counselor E. Waikes with a razor he was physically restrain by other inmates. I told Waikes and Alvarez about what transpired, nothing was done. 4 days later the same inmate who seem to have mental problem cut his own throat. Smoking is so rampart in MCC one would think we're in Central Park not jail. The problem is far beyond reach and explanation.

My immediate concern with the exposure to K2 smoke and tobaco according to CDC smoking is the NO1 cause of bladder cancer. With this information at my disposition and future health problems I was willing to risk injury or body harm by telling the C/O's the inmates who are actively involve in this trade.

May 9th 2018 Turner was seen at Kingsbrook Jewish Hospital by urologist department. The urologist inform MCC medical department that BCG treatment was not offered there. May 16th 2018 Turner was sent to Kingsbrook Hospital oncology department. The doctor who seem a little baffle about my presense after been told the previous visit that BCG treatment was not done at the hospital. The next day I spoke with Dr Beaudouin echoing the Dr's concern why was another appointment was schedule the following after the prior trip. I was concern about at Dr Beaudouin's response, quote it was a different doctor. Which make made no sense as the oncologist dispense cancer treatment.

June 28th 2018 Turner was seen at Brooklyn Hospital by Dr. Lopez MD. At this consultation he requested medical records from prior procedures done at Westchester Medical Center. The doctor requested cardiac clearance because of Turner's history of cardiac problems. Dr Lopez requested for the next follow up visit C.T. Scan, Cystoscopy and Biopsy from WCDOC medical department.

The stress test was done August 2nd 2018, CT scan was done October 15th 2018. Both test was done at Kingsbrook Hospital.

October 18th 2018 Turner was seen at Brooklyn Hospital by PA Deborah Oyedeji, Her complains include previously requested documents not forwarded to the clinic for reveew as requested This complicate the situation another unnecessary delay.

November 19th 2018 I met with Dr Robert Beaudouin I spoke with him indepth about the delays and concerns of the physicians at Brooklyn Hospital. I told Dr Beaudouin about the medical records requested that was absent. Dr Beaudouin then inform me of a company NAPHCARE which is contracted by the B.O.P. to make appointments at hospital after he approves the consultation. Dr Beaudouin inform me that all requested documents was given to Naphcare and it was their responsibilty to send them to Brooklyn Hospital. The next urology consultation Dr Beaudouin assured the document would be available.

November 29th 2018 which was the next scheldule appointment my inclination was to take along the requested documents. For the cardiac clearance I was sent to the cardiologist without the results of the stress test This frustrate the doctor and escorting officers who waste 5 hours making phone calls and waiting for faxes. I was 100% correct the records was not available as promise by Dr Beaudouin Luckily the C/O's broke protocol by taking my records with me P.A. Oyedeji made copies for her clinic, During this consultation she complain about several cancelled appointments which MCC was not previllage to and NAPHCARE cost cutting measures, all requested procedures is perform at Brooklyn Hospital, she question why is some schedule at Kingsbrook Hospital.

For example the CT SCAN was done at Kingsbrook Hospital 11/15/2018, if the CT Scan was done at Brooklyn Hospital

The result would be available the same day and step 2 would be in motion because of Naphcare cost cutting scheme the CT scan result was available the 11/29/18. One would think because of the time lapse between diagnoses and treatment and a life is at steak they would try to expidiate the procedures efficently. If all the procedures was done under the one umbrella of Brooklyn Hospital I probably would not be claiming deliberate indeference against Naphcare and Dr Beaudoin

Dec. 7th 2018 a cystoscopy and biopsy was schedule at Brooklyn Hospital for 7 A.M. Dr Beaudouin claim he E-mail the custodial staff to have Turner NPO per Brooklyn Hospital for this procedure. The morning of December I was awoken by C/O Bullock around 5AM. Officer Scot ask when last did I eat? "I reply 1AM". "I eat 2 cookies". C/O Scot left saying the appointment would be cancelled because I eat the cookies. Officer Scot return within ½hr after speaking with his supervisor telling Turner the appointment has to be kept. The officer then ask me to tell the doctors in Brookyn that I did not eat. I don't think I acknowledge his conversation by responding. The department want me to lie to cover for their ineptitude while putting me in danger by going under anesthia with food in my stomach. If the court was't monitoring my appointment it would have been cancelled that morning with the onus place on me for eating, when infact they did not inform me of the upcoming procedure

The morning of Dec 7th 2018 the cystoscopy and the biopsy was delayed by 2hrs to meet the 8hrs require for anesthesia to be administered. NPO can only be administered after 8hrs of not eating.

Dec. 17th 2018 I was inform by Dr Robert Beaudouin that Dr David Sussman inform him via telephone that the biopsy was negative for bladder cancer.

My problem with this new findings, before incarceration I was seen by Dr Sherif El Masry urologist of Yonkers NY. When Dr Sean Fullerton's Diagnose was bladder cancer I wrote to Dr. Masry and his findings concur with Fullerton's findings.

January 3rd, 2019 I was seen by Dr. David Sussman and DR. Kola Olugbabe. During this CONSULTATION DR Olugbabe inform me that they requested the slides from Westchester County Medical Center. The slides where look at by their pathologist and he concured with that findings of bladder cancer.

Moving forward because BCG Treatment is to stop the re-Accurance of the cancer in the bladder His recommendation His Cystoscopy Survailance every 3 months.

If Judge Kenneth M Karas did not get involve in this process the B.O.P. DR Robert Beaudouin, and NAPHcare would be procrastining, It took less than 30 days to accomplish all of this new development with the court Intervention after 8 months of delays, cancelled Appointments, Neglect.

I'm this court to issue and injunction ordering Single cell status because of expose to smoking Enclose is A sample of K 2 left in the cell by my cellmate while house in 5 North my medical condition can only get worse by exposure to 2nd Hand Smorking.

This declaration is made by WILBERT TURNER on January 9th 2019 under the pain penalty of perjury

WILBERT TURNER 25352-083
150 PARK ROW MCC
NEW YORK CITY NY
10007

 

RECEIVED
2019 JAN 14 PM 3:16
CLERK'S OFFICE
S.D.N.Y.

RECEIVED
SDNY PRO SE OFFICE
2019 JAN 15 AM 11:10
S.D. OF N.Y.

USM P3
SDNY

U.S. DISTRICT COURT
500 PEARL ST
NEW YORK, NY
10007

Pro Se
me

LEGAL MAIL