

**HPM&B**
ATTORNEYS AT LAW

99 PARK AVENUE   NEW YORK, NY  10016-1601
TEL: 212-286-8585   FAX: 212-490-8966
WWW.HPMB.COM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/22/2019

**Doreen Dufficy**
**Partner**
**ddufficy@hpmb.com**

November 21, 2019

**VIA ECF**

Hon. Lorna Schofield
United States District Court
Southern District of New York
500 Pearl Street, Room 230
New York, New York 10007

Re:  Wilbert Kitson Andrew Turner v. Naphcare, Dr. Robert Beudouin, Warden L. N'Diaye, C.O. Rose, and C.O. Grijava
 Docket No.:  19 Civ. 00412 (LGS)
 Our File No.:  876-1001

Dear Judge Schofield:

Heidell, Pittoni, Murphy & Bach, LLP, has been retained as counsel for defendant, NaphCare, Inc. in this matter. The Court previously adjourned the initial pretrial conference scheduled for October 22, 2019 to November 26, 2019 because the M.C.C. defendants had not yet appeared. The M.C.C. defendants have not yet appeared to date. Accordingly we have not been able to coordinate with the M.C.C. defendants regarding an initial case management plan.

We write to inquire whether the Court will adjourn the initial pretrial conference to a date in January 2020 since all defendants are expected to have appeared by January 6, 2020. According to the Court docket, the M.C.C. defendants are expected to respond to the Complaint by the following dates: December 9, 2019 for Dr. Robert Beaudouin, December 20, 2019 for L. N' Diaye, and January 6, 2020 for C.O. Grijava.

Respectfully submitted,

*Doreen Dufficy*
Doreen Dufficy

DD:jb

2139738.1

HEIDELL, PITTONI, MURPHY & BACH, LLP
NEW YORK  |  CONNECTICUT  |  WESTCHESTER  |  LONG ISLAND



cc: **VIA REGULAR & CERTIFIED MAIL**
**ARTICLE NO.: 7016 3560 0000 2119 3055**

Wilbert K.A. Turner
25352-083
Metropolitan Correctional Center
150 Park Row
New York, New York 10007

The November 26, 2019, 10:30 a.m. conference is adjourned until **January 7, 2020 at 10:30 a.m.**, by when the remaining Defendants will have appeared. The parties shall file their joint conference materials, in accordance with the Order at Dkt. No. 9, at least 7 days before the conference. The Clerk of Court is respectfully directed (1) to mail a copy of this Order to Plaintiff and (2) to close Dkt. No. 41. SO ORDERED.

Dated: November 22, 2019
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE