UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
                                       :

WILBERT KITSON ANDREW TURNER,      :
                           Plaintiff,    :
                                         :         19 Civ. 412 (LGS)
                -against-            :
                                         :             ORDER
NAPHCARE, ET AL.,                    :
                           Defendants. :
                                         :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, *pro se* Plaintiff mailed a letter to the Court, dated March 26, 2020, alleging

that Defendant Dr. Robert Beaudouin changed or terminated certain medication in retaliation for

Plaintiff's claims against Federal Bureau of Prison officials and NaphCare, Inc. s/h/a

NAPHCARE, arising from the alleged inadequate medical care he has received while detained at

the Metropolitan Corrections Center, New York. It is hereby

       **ORDERED** that Plaintiff's letter, attached hereto, shall be construed as an application for

preliminary injunction. Plaintiff's medical records, which were attached to the application, will

be filed separately under seal and shall be treated as confidential material. It is further

       **ORDERED** that Defendant Beaudouin shall file a response to Plaintiff's application by

**Monday, April 20, 2020**. Defendant's counsel is granted permission to file under seal any

medical records relevant to the response.

       Defendant Beaudouin is respectfully directed to mail a copy of this Order to Plaintiff and

file proof of mailing by **Wednesday, April 8, 2020**.

Dated: April 6, 2020
        New York, New York

                                   **LORNA G. SCHOFIELD**
                             **UNITED STATES DISTRICT JUDGE**

March 26th 2020

WILBERT K.A. TURNER

v

NAPHCARE ET AL

19-CV-412 (LGS)

DEAR Judge Schofield.

I'm writing TO REQUEST That THE Court Order MCC Medical STAFF TO CONTINUE The recommendation OF The OUTSIDE Doctor's. The Rheumatologist recommend ENSURE AND PREVACID.

I WAS diagnose WITH Scleroderma over 15years AGO. This disease CAUSES MAjor problems IN THE digestive System, difficulty digesting Foods, WHICH leads TO CONSTANT VOMITING, SWALLOWING. The Rheumatologist is The SpeciaList For This CHRONIC illness.

The prevacid HELPS WITH digesting Food, WHICH doctor Beaudouin change TO omerprazole WHICH does NOT WORK. ENSUre HELPs Substitute The Nutrition oF A balance diet.

ON march 24th 2020 and February 22ND 2020 DR Beaudouin discontinued The ENSURE. This is in retaliation OVER The CIVIL complaint against Him. The Pharmacist CAPT. Chung complains daily About The Boxes Too heavy For HER To Lift.

I'm Asking The Court To Grant This order IN Compliance with The Rheumatologist Recommendation.

RespecTFully Yours
WILBERT TURNER