UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
WILBERT KITSON ANDREW TURNER,  :
                                Plaintiff,  :
                                       :        19 Civ. 412 (LGS)
              -against-  :
                                       :           ORDER
NAPHCARE, ET AL.,  :
                             Defendants.  :
                                       :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, the Amended Case Management Plan at Dkt. No. 69 requires the parties to file a joint status letter by April 27, 2020.  The parties did not timely file this letter.  It is hereby

      **ORDERED** that the parties shall file the letter as soon as possible and no later than **May 19, 2020**.

      By **May 8, 2020**, Defendants shall (i) email if possible and mail a copy of this Order to pro se Plaintiff and file proof of service on the docket or (ii) file a letter stating that they are unable to do so and why, in which case the Court will seek to make other arrangements.

Dated: May 5, 2020
       New York, New York

                                                        LORNA G. SCHOFIELD
                                                    UNITED STATES DISTRICT JUDGE