USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/10/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
Wilbert K.A. Turner                                :        19 Civ. 412 (LGS) (RWL)
                                                   :
                        Plaintiff,                 :        **ORDER**
                                                   :
        - against -                                :
                                                   :
Naphcare et al.,                                   :
                                                   :
                        Defendants.                :
-------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge:**

A settlement conference is scheduled for July 7 at 9:30 a.m. and Plaintiff is required to attend. The Superintendent or other official in charge of the Metropolitan Correctional Center, 150 Park Row, New York, NY 10007, shall produce inmate Wilbert Kitson Andrew Turner, ID No. 25352-083, on July 7, to a suitable location within the facility equipped with a working telephone designated to participate in the settlement conference with counsel and the Court through means of telephone conference from 9:30 a.m. until completion. The authorized personnel shall call the teleconference number 888-398-2342 and enter the access code 9543348 to initiate the call. The facility shall not place a time limit on Plaintiff's participation in the settlement conference. The inmate shall be afforded privacy for protection of the attorney-client privilege. If this time and date presents a significant inconvenience, the Superintendent or the Superintendent's designee should promptly inform Chambers by calling 212-805-0248.

Upon receipt of this Order, counsel for Plaintiff shall transmit this Order to the Superintendent or other official in charge of the facility.  On or before five days before the conference, counsel for the Plaintiff shall confirm to the Court that all necessary preparations have been made.

Counsel for Defendant is further directed to serve a copy of this Order on Plaintiff Turner within three (3) days of this order, and to file proof of such service on ECF.  If counsel is unable to complete this mailing as a result of COVID-19 and related disruptions, counsel shall promptly notify the Court by letter filed on ECF.

SO ORDERED.

_____
HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated:   New York, New York
         June 10, 2020