**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

June 15, 2020

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/16/2020
```

**By ECF**

The Honorable Robert W. Lehrburger
United States Magistrate Judge
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:    *Turner v. NAPHCARE et al.*, No. 19 Civ. 412 (LGS)

Dear Magistrate Judge Lehrburger:

      This Office represents Bureau of Prisons ("BOP") employees Dr. Robert Beaudouin, Warden L. N'Diaye, C.O. Grijava, and C.O. Rose (the "Federal Defendants"), each of whom is sued in their individual capacities, in the above-captioned action in which Plaintiff Wilbert Kitson Andrew Turner alleges constitutional violations in connection with his medical treatment at the Metropolitan Correctional Center ("MCC"). Plaintiff also brings claims against Naphcare, represented by Heidell, Pittoni, Murphy & Bach, LLP.

      Due to another Court hearing at 10:00 am on June 23, 2020, counsel for the Federal Defendants respectfully requests that the pre-settlement conference scheduled for 9:30 am on June 23, 2020, be rescheduled to 9:00 am. Counsel for Naphcare and settlement counsel for Plaintiff consent to this request.

      I thank the Court for its consideration of this request.

                              Respectfully,

                              GEOFFREY S. BERMAN
                              United States Attorney for the
                              Southern District of New York

              By:      /s/ *Lucas Issacharoff*
                              Lucas Issacharoff
                              Assistant United States Attorney
                              86 Chambers Street, Third Floor
                              New York, New York 10007
                              Tel.: (212) 637-2737
                              Email: Lucas.Issacharoff@usdoj.gov

Cc: Counsel of record via ECF

Susanne Toes Keane
New York Legal Assistance Group, Clinic for Pro Se Litigants
Thurgood Marshall US Courthouse, Room LL22
40 Foley Square
New York, NY 10007
skeane@nylag.org

*Settlement Counsel for Plaintiff*

The pre-settlement conference currently scheduled for June 23, 2020 at 9:30 a.m. is hereby RESCHEDULED to June 23, 2020 (i.e., the same day) at 9:15 a.m.

SO ORDERED:

6/16/2020

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE