

**Since 1990, NYLAG has provided free civil legal services to New Yorkers who cannot afford private attorneys.**

June 30, 2020

Honorable Robert W. Lehrburger
United States Magistrate Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/1/2020
```

Re:   Turner v. Walker et al., 19-cv-412 (LGS)(RWL)

Dear Magistrate Judge Lehrburger,

    New York Legal Assistance Group represents plaintiff, Wilbert Turner, for the limited purpose of settlement. I write on behalf of all parties to request an adjournment of the settlement conference currently scheduled for July 7 at 9:30 a.m. The parties propose to submit a letter to Your Honor on July 9, with an update and suggested new dates for the settlement conference. This is our first request for this action.

    Following the pre-settlement conference on June 23, 2020, the parties continued the discussion we began at the conference regarding the reasonableness of scheduling a doctor's appointment for Mr. Turner prior to the settlement conference. We all agreed that the medical examination report is integral to meaningful settlement discussions. Accordingly, defendants began taking the necessary steps to arrange the doctor's appointment.

    I spoke with Mr. Turner yesterday and he agrees with this proposed course of action.

Respectfully submitted,

*Susanne Keane*

Susanne Toes Keane

SO ORDERED:

7/1/2020 _____

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE