UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
WILBERT KITSON ANDREW TURNER,                               :
                                      Plaintiff,            :
                                                            :       19 Civ. 412 (LGS)
            -against-                                       :
                                                            :       ORDER
NAPHCARE, ET AL.,                                           :
                                      Defendants.           :
                                                            :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      In light of the discovery stay pending settlement discussions (Dkt. No. 107), it is

**ORDERED** that the August 20, 2020, 10:50 a.m. case management conference is adjourned *sine die*.

Dated: August 18, 2020
       New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE