UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
WILBERT KITSON ANDREW TURNER,
                        Plaintiff,

             -against-

NAPHCARE, ET AL.,
                      Defendants.
------------------------------------------------------------X

19 Civ. 412 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, *pro se* Plaintiff mailed a letter dated October 9, 2020, outlining, among other concerns, a delay in rescheduling a medical appointment (Dkt. No. 134);

WHEREAS, per the Order at Dkt. No. 133, a settlement conference is scheduled for October 15, 2020. It is hereby

**ORDERED** that the parties shall file a status letter by **October 22, 2020**, apprising the Court of the outcome of settlement and addressing the concerns described in Plaintiff's letter at Dkt. No. 134.

The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff.

Dated: October 14, 2020
       New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**