USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/29/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
WILBERT KITSON ANDREW TURNER,                :         19-CV-412 (LGS) (RWL)
                                             :
              Plaintiff,                     :         **ORDER**
     - against -                             :
                                             :
NAPHCARE, et al.,                            :
                                             :
              Defendants.                    :
------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

The settlement conference scheduled for Thursday at 3:00 shall go forward as scheduled, including with Mr. Howard. If the case does not settle at the conference, the Court may schedule another conference date where a person with authority from BOP OGC and the Chief of the Civil Division will be required to participate.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated:     October 28, 2020
           New York, New York