UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
　:
WILBERT KITSON ANDREW TURNER,　　　:
　　　　　　　　　　　　Plaintiff,　:
　　　　　　　　　　　　　　　　　　:　　19 Civ. 412 (LGS)
　　　　　　-against-　　　　　　　　:
　　　　　　　　　　　　　　　　　　:　　ORDER
NAPHCARE, ET AL.,　　　　　　　　　:
　　　　　　　　　　　　Defendants. :
　　　　　　　　　　　　　　　　　　:
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Court has been informed that the parties have reached a settlement in principle in this case (Dkt. No. 10).  It is hereby

**ORDERED** that the action will remain open until the agreed-upon settlement terms have been satisfied.  By **November 13, 2020**, and every two weeks thereafter, Defendants shall file a status letter, apprising the Court of whether such terms have been satisfied.

The Clerk of Court is respectfully directed to mail a copy of this Order to pro se Plaintiff.

Dated: October 30, 2020
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　**LORNA G. SCHOFIELD**
　　　　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**