\UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
WILBERT KITSON ANDREW TURNER,
                            Plaintiff,

                        19 Civ. 412 (LGS)

           -against-

                        ORDER

NAPHCARE, ET AL.,
                           Defendants.
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, per the Order at Dkt. No. 143, Defendants were advised that the action will remain open until the agreed-upon settlement terms have been satisfied and were directed to file a status letter, apprising the Court of whether such terms have been satisfied. No status letter was filed. It is hereby

      **ORDERED** that Defendants shall file the status letter as soon as possible and, in any event, no later than **November 19, 2020**.

      The Clerk of Court is respectfully directed to mail a copy of this Order to pro se Plaintiff.

Dated: November 17, 2020
       New York, New York

                                         LORNA G. SCHOFIELD
                                 UNITED STATES DISTRICT JUDGE