```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
WILBERT KITSON ANDREW TURNER,                               :
                                  Plaintiff,                :
                                                            :        19 Civ. 412 (LGS)
              -against-                                     :
                                                            :              ORDER
NAPHCARE, ET AL.,                                           :
                                  Defendants.               :
                                                            :
------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, per the Order at Dkt. No. 146, Defendants were directed to finalize and fulfill the terms of the settlement by the date of *pro se* Plaintiff's release, and if unable to do so, Defendants were directed to provide, along with their proposed order of settlement, a plan for fulfilling the terms of settlement after Plaintiff's release, including a jointly agreed-upon method of communication with Plaintiff. Defendants' periodic status letter was due December 3, 2020, and no status letter was filed. It is hereby

**ORDERED** that Defendants shall file the status letter as soon as possible and, in any event, no later than **December 8, 2020**.

The Clerk of Court is respectfully directed to mail a copy of this Order to pro se Plaintiff.

Dated: December 4, 2020
       New York, New York

_____
        LORNA G. SCHOFIELD
        UNITED STATES DISTRICT JUDGE