UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
                                                          :
WILBERT KITSON ANDREW TURNER,                             :
                                        Plaintiff,        :
                                                          :          19 Civ. 412 (LGS)
                          -against-                       :
                                                          :          ORDER
NAPHCARE, ET AL.,                                         :
                                        Defendants.  :
----------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, pro se Plaintiff mailed a letter *ex parte*, requesting copies of Dkt. Nos. 129-

133, attached hereto.  It is hereby

**ORDERED** that Plaintiff is advised that those docket entries include the following:

- Dkt. No. 129 is a "Notice of Hearing."  This entry is "text-only," so it will not be mailed to Plaintiff, but is copied below:

  Settlement Conference via telephone set for 10/15/2020 at 2:30 PM before Magistrate Judge Robert W. Lehrburger. Plaintiff attorney Ms. Keane shall reach out to the MCC facility so plaintiff may participate via telephone for the conference. Parties shall call the teleconference number at (888)-398-2342, enter access code: 9543348. Parties are instructed to review and adhere to Judge Lehrburger's individual Settlement Conference Procedures. The parties are further instructed to submit their pre-conference submissions, along with their Attendance Acknowledgment Form (available in pdf fillable format as attachment to the Settlement Conference Procedures) no later than October 8, 2020, by 5:00 p.m.(rsh) (Entered: 09/01/2020)

- Dkt. Nos. 130 - 132 are filings made by Plaintiff's limited pro bono counsel for settlement purposes, including a proposed order regarding the settlement conference (the "Order").

- Dkt. No. 133 is the Order signed by Judge Lehrburger.

The Clerk of Court is respectfully directed to mail a copy of this Order and the filings at

Dkt. Nos. 130-133 to pro se Plaintiff.

Dated: December 8, 2020
       New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

WILBERT TURNER
                    V                                    19 CV 412 (GGS)
NAPHCARE

To court
                    Please REMAIL DOCK # 129-133 I MIS
PLACED THEM
                              THANK YOU